**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

COVINGTON SPECIALTY INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) Case No. 1:14-cv-24416-DPG
)
SOCIETY FOR SCIENCE-BASED MEDICINE, INC. a Florida Non Profit Corporation, and STEVEN NOVELLA, an individual EDWARD LEWIS TOBINICK M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual )
)
Defendants. )
_____________________________________/

**PLAINTIFF'S NOTICE OF NO OBJECTION TO**
**DEFENDANT'S MOTION TO STAY**

Plaintiff COVINGTON SPECIALTY INSURANCE COMPANY ("Covington"), pursuant to Fed. R. Civ. P. 6 and Local Rules 7.1, hereby files its Notice of No-Objection in response to Defendant Society for Science-Based Medicine's Motion for Stay [D.E. 19]. On April 3, 2015, Society for Science Based Medicine filed its Motion to Stay the instant matter in light of activity in 9:14-cv-808871-RLR (the "Underlying Lawsuit"). At this time, Plaintiff submits to this Court that it has no objection to Defendant's Motion to Stay [D.E. 19].

Respectfully submitted this 20th day of April, 2015,

*Attorneys for Plaintiff,*
*Covington Specialty Insurance Company*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 – Phone
(305) 416-3190 – Fax

/s/ Michael E. Longo
STEPHEN HUNTER JOHNSON
Florida Bar No.: 12362
shj@lydeckerdiaz.com
MICHAEL E. LONGO
Florida Bar No.: 28058
ml@lydeckerdiaz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2015 a true and correct copy of the foregoing has been filed via CM/ECF to the parties on the attached service list.

*s/ Michael E. Longo*
MICHAEL E. LONGO

**SERVICE LIST**

Stephen Hunter Johnson
Michael E. Longo
Lydecker Diaz, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: 305-416-3180
Facsimile: 305-416-3190
shj@lydeckerdiaz.com
ml@lydeckerdiaz.com

Walter J. Andrews (Florida Bar No. 84863)
Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
wandrews@hunton.com
jisani@hunton.com

Geoffrey M. Cahen
Fla. Bar No. 013319
CAHEN LAW, P.A.
1900 Glades Road, Suite 355
Boca Raton, Florida 33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com