## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

COVINGTON SPECIALTY INSURANCE
COMPANY,                                          )
                                                 )
      Plaintiff,                          )
                                                 )
v.                                               )  Case No. 1:14-cv-24416-DPG
                                                 )
SOCIETY FOR SCIENCE-BASED                        )
MEDICINE, INC.                                   )
a Florida Non Profit Corporation, and            )
STEVEN NOVELLA, an individual                    )
EDWARD LEWIS TOBINICK M.D., A                    )
MEDICAL CORPORATION d/b/a THE                    )
INSTITUTE OF NEUROLOGICAL                        )
RECOVERY, a California Medical Corporation;       )
INR PLLC d/b/a INSTITUTE OF                      )
NEUROLOGICAL RECOVERY, a Florida                 )
professional limited liability company; and      )
EDWARD TOBINICK, M.D., an individual             )
                                                 )
      Defendants.                         )
_____/

## JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff, Covington Specialty Insurance

Company ("Covington"), and Defendant, Society for Science-Based Medicine

("Society"), hereby stipulate to the dismissal without prejudice of Covington's claims

against Society and request that the Court order same on the following terms.  Society

and Covington each shall bear its own costs and attorneys' fees arising from this action,

except that Society reserves the right to seek the fees and costs it has incurred in this

action in the event that Covington refiles or otherwise asserts any coverage claims in a

subsequent action against Society arising from or relating to the claims asserted against

Society in 9:14-cv-80781-RLR, and should Society be able to establish entitlement to

fees and costs in such subsequent action.

Respectfully submitted this 21ˢᵗ day of July, 2015,

| LYDECKER DIAZ | HUNTON & WILLIAMS LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Covington Specialty Insurance Company* | *Society for Science Based Medicine* |
| 1221 Brickell Avenue, 19th Floor | 1111 Brickell Avenue, Suite 2500 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| (305) 416-3180 – Phone | Telephone: (305) 810-2500 |
| (305) 416-3190 – Fax | Facsimile: (305) 810-2460 |
| _____ /s/ Michael E. Longo _____ | _____ /s/ Jamie Z. Isani _____ |
| MICHAEL E. LONGO | Jamie Zysk Isani |
| Florida Bar No.: 28058 | Florida Bar No. 728861 |
| ml@lydeckerdiaz.com | jisani@hunton.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 21ˢᵗ, 2015. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Michael E. Longo _____
MICHAEL E. LONGO (FBN 28058)

## <u>SERVICE LIST</u>

Stephen Hunter Johnson
Michael E. Longo
Lydecker Diaz, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: 305-416-3180
Facsimile: 305-416-3190
shj@lydeckerdiaz.com
ml@lydeckerdiaz.com
Attorney for Covington Specialty Insurance Company

Walter J. Andrews (Florida Bar No. 84863)
Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
wandrews@hunton.com
jisani@hunton.com
Attorney for Society for Science Based Medicine

Geoffrey M. Cahen
Fla. Bar No. 013319
CAHEN LAW, P.A.
1900 Glades Road, Suite 355
Boca Raton, Florida 33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com
Attorney for: Edward Lewis Tobinick, M.D. a Medical Corporation;
INR PLLC, and Edward Tobinick, M.D.

3

## __ORDER__

The foregoing Stipulation is approved and adopted as an Order of the Court in

Chambers at Miami, Florida this ___ day of _____, 2015.


_____
Honorable Darrin P. Gayles
United States District Judge