**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

COVINGTON SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

Case No. 1:14-cv-24416-DPG

SOCIETY FOR SCIENCE-BASED MEDICINE, INC. a Florida Non Profit Corporation, and STEVEN NOVELLA, an individual EDWARD LEWIS TOBINICK M.D., A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY, a Florida professional limited liability company; and EDWARD TOBINICK, M.D., an individual

Defendants.
_____________________________________/

**UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), Plaintiff, Covington Specialty Insurance Company ("Covington"), requests that this Court enter an order of dismissal without prejudice as to Defendants EDWARD LEWIS TOBINICK M.D, A MEDICAL CORPORATION d/b/a THE INSTITUTE OF NEUROLOGICAL RECOVERY, a California Medical Corporation; INR PLLC d/b/a INSTITUTE OF NEUROLOGICAL RECOVERY; and EDWARD TOBINICK, M.D. (collectively hereafter referred to as "Claimants"), and in support of this motion states as follows:

1) This is a declaratory judgment action in which the Plaintiff, Covington Specialty Insurance Company ("Covington"), seeks a declaration regarding its

obligations under a commercial lines insurance policy issued to Society for Science Based Medicine, Inc ("SFSBM") as to whether Covington is obligated to defend and indemnify SFSBM in *Edwards Lewis Tobinick M.D., et al. v. Steven Novella, et al.*, Case No. 9:14-cv-80781-RLR (the "Underlying Lawsuit") pending before U.S. District Judge Robin L. Rosenberg.

2) On March 16, 2015, Judge Rosenberg entered an Order Granting in Part [SFSBM's] Converted Motion for Summary Judgment in the Underlying Lawsuit. *Tobinick*, ECF No. 157 ("MSJ Order"). Judge Rosenberg granted summary judgment with respect to the Claimants' Lanham Act and unfair competition claims; dismissed the Claimants' trade libel and libel per se claims without prejudice, with leave to file a separate suit against SFSBM; and terminated SFSBM from the Underlying Lawsuit. As a result, no claims in the Underlying Lawsuit remain pending against SFSBM.

3) Following the MSJ Order, SFSBM filed a Motion to Stay [DE 19] the instant action pending a determination by the Claimants of whether they would refile trade libel and libel per se claims against SFSBM which was granted by the Court.

4) During the pendency of the stay, SFSBM and Covington were able to agree on a resolution of the instant action and have jointly moved the Court for dismissal of the action as between them.

5) Counsel for Claimants advised that they were not amenable to a joint stipulation for dismissal of the instant action which is what prompted Plaintiff to file this instant motion for dismissal.

6) Since SFSBM has been dismissed from the Underlying Lawsuit and, with Plaintiff, has jointly sought for dismissal from this action, there exist no triable issues or

controversies as between Plaintiff and Claimants.

WHEREFORE Plaintiff respectfully requests that this Court issue an Order dismissing this matter without prejudice as to Claimants with each party to bear its own costs and attorney's fees, direct the clerk to close this matter, and issue any and all other relief this Court deems just and necessary.

**Rule 7.1(a)(3)(A) Certification**

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion and they have represented that they have no opposition.

Respectfully submitted this 28th day of July, 2015,

LYDECKER DIAZ
Attorneys for Plaintiff
*Covington Specialty Insurance Company*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 – Phone
(305) 416-3190 – Fax
_____/s/ Michael E. Longo___________
MICHAEL E. LONGO
Florida Bar No.: 28058
ml@lydeckerdiaz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 28st, 2015. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Michael E. Longo____________
MICHAEL E. LONGO (FBN 28058)

**SERVICE LIST**

Stephen Hunter Johnson
Michael E. Longo
Lydecker Diaz, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: 305-416-3180
Facsimile: 305-416-3190
shj@lydeckerdiaz.com
ml@lydeckerdiaz.com
Attorney for Covington Specialty Insurance Company

Walter J. Andrews (Florida Bar No. 84863)
Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
wandrews@hunton.com
jisani@hunton.com
Attorney for Society for Science Based Medicine

Geoffrey M. Cahen
Fla. Bar No. 013319
CAHEN LAW, P.A.
1900 Glades Road, Suite 355
Boca Raton, Florida 33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com
Attorney for: Edward Lewis Tobinick, M.D. a Medical Corporation;
INR PLLC, and Edward Tobinick, M.D.

**ORDER OF DISMISSAL**

The foregoing Motion is approved and adopted as an Order of the Court in Chambers at Miami, Florida this ___ day of _____________, 2015.

_________________________________
Honorable Darrin P. Gayles
United States District Judge