IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:14-cv-24416-DPG ) |
| SOCIETY FOR SCIENCE-BASED MEDICINE, INC., et al. | ) ) ) |
| Defendants. | ) ) ) / |

UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT STEVEN NOVELLA

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff, Covington Specialty Insurance Company ("Covington"), hereby moves this Court to dismissal with prejudice Covington's claims against Defendant Steven Novella.

Respectfully submitted this 21st day of July, 2015,

LYDECKER DIAZ
Attorneys for Plaintiff
*Covington Specialty Insurance Company*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 – Phone
(305) 416-3190 – Fax
_____/s/ Michael E. Longo_____
MICHAEL E. LONGO
Florida Bar No.: 28058
ml@lydeckerdiaz.com

Case No. 1:14-cv-24416-DPG

## Rule 7.1(a)(3)(A) Certification

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion and they have represented that they have no opposition.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 30th, 2015. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Michael E. Longo<br>
MICHAEL E. LONGO (FBN 28058)

Case No. 1:14-cv-24416-DPG

## SERVICE LIST

Stephen Hunter Johnson
Michael E. Longo
Lydecker Diaz, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: 305-416-3180
Facsimile: 305-416-3190
shj@lydeckerdiaz.com
ml@lydeckerdiaz.com
Attorney for Covington Specialty Insurance Company

Walter J. Andrews (Florida Bar No. 84863)
Jamie Zysk Isani (Florida Bar No. 728861)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
wandrews@hunton.com
jisani@hunton.com
Attorney for Society for Science Based Medicine

Geoffrey M. Cahen
Fla. Bar No. 013319
CAHEN LAW, P.A.
1900 Glades Road, Suite 355
Boca Raton, Florida 33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com
Attorney for: Edward Lewis Tobinick, M.D. a Medical Corporation;
INR PLLC, and Edward Tobinick, M.D.

## **ORDER**

The foregoing Stipulation is approved and adopted as an Order of the Court in Chambers at Miami, Florida this ___ day of _____, 2015.

_____
Honorable Darrin P. Gayles
United States District Judge