UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24416-CIV-GAYLES

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

vs.

SOCIETY FOR SCIENCE-BASED
MEDICINE, INC., a Florida Non Profit
Corporation, STEVEN NOVELLA,
An individual, EDWARD LEWIS
TOBINICK M.D, A MEDICAL
CORPORATION d/b/a THE INSTITUTE
OF NEUROLOGICAL RECOVERY, a
California Medical Corporation;
INR PLLC d/b/a INSTITUTE OF
NEUROLOGICAL
RECOVERY; and EDWARD
TOBINICK, M.D.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Plaintiff's Unopposed Motions to Dismiss [ECF No. 23] [ECF No. 24] [ECF No. 25], and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause is hereby dismissed without prejudice as to Defendants Society for Science-Based Medicine Inc.; Edward Lewis Tobinick M.D., a Medical Corporation d/b/a The Institute of Neurological Recovery; INR PLLC d/b/a The Institute of Neurological Recovery; and Edward Tobinick, M.D.  This cause is hereby dismissed with prejudice as to Steven Novella.  Each party shall bear its own attorney's fees and costs

except as agreed to in a Settlement Agreement. The Court shall retain jurisdiction of this matter for the sole purpose of enforcing the terms of a Settlement Agreement.

This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of July, 2015.

                                                                       _____
                                                                       Honorable Darrin P. Gayles
                                                                       United States District Judge

Copies Furnished To:
Counsel of Record
Magistrate Judge Turnoff